# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:13-CR-030 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **ANDREW ANGLE** | : | |

## FINAL ORDER OF FORFEITURE

Upon the proceedings had heretofore and the Motion of the United States of America, the Court finds:

A Preliminary Order of Forfeiture was entered by this Court on September 3, 2013, ordering the defendant to forfeit the following:

(a) Approximately $4,625.00 in United States currency seized from 1706 Chestnut Street, Camp Hill, Pennsylvania;

(b) Approximately $50,520.00 in United States currency seized from a safety deposit box located at Metro Bank, Camp Hill, Pennsylvania; and

(c) Approximately $2,000.00 in United States currency seized from 425 Brookview Court, Mechanicsburg, Pennsylvania.

All personal service was completed and notice of said forfeiture action and arrest was published for a period of thirty (30) consecutive days on the government's internet forfeiture website. All persons claiming an interest in the above-described property were required to file their claims with the Clerk of Court not later than 30 days after the date of final publication of notice.

No petitions were filed within the thirty day period required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

This Court will conduct a separate forfeiture hearing with respect to the forfeiture of $28,019.07 in funds seized from the bank account located at Susquehanna Valley Federal Credit Union as identified in the notice of forfeiture appended to the Indictment.

NOW, THEREFORE, upon motion of the United States of America for Final Order of Forfeiture, it is hereby ORDERED that:

1) All right, title and interest in the above-described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

2) The United States is entitled to its costs herein;

3) The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

4) The Clerk is hereby directed to send attested copies of this Order to all counsel of record.

Dated this 6th day of November, 2013.

                                        /S/ CHRISTOPHER C. CONNER
                                        Christopher C. Conner, Chief Judge
                                        United States District Court
                                        Middle District of Pennsylvania