IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:13-CR-030 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **ANDREW ANGLE** | : | |

## PRELIMINARY ORDER OF FORFEITURE

IT IS HEREBY ORDERED THAT:

1. As a result of the guilty plea to Count 1 of the Indictment entered by defendant Andrew Angle, in which the Government sought forfeiture pursuant to 21 U.S.C. § 853, the defendant shall forfeit to the United States:

   (a) All property involved in or traceable to offenses involving 31 U.S.C. § 5324;

   (b) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained directly or indirectly, as a result of such violations involving such offenses; and

   (c) Any property, real or personal, used or intended to be used in any manner or part to commit or facilitate the commission of the offenses involving 31 U.S.C. § 5324.

2. The Court has determined, based upon the defendant's guilty plea and the stipulation between the parties, that $6,600.00 of the $28,019.07 in funds seized from the bank account located at Susquehanna Valley Federal Credit Union as identified in the notice of forfeiture appended to the Indictment, is subject to forfeiture and that the government has established the requisite nexus between such property and such offense.

3. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(1), in which all interests will be addressed and the non-forfeited funds will be returned to the account holders, Joan Barilar and Andrew Angle.

4. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

5. The Clerk of Court shall forward four certified copies of this order to Assistant U.S. Attorney James T. Clancy, U.S. Attorney's Office, Middle District of Pennsylvania.

SO ORDERED this 6th day of February, 2014.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania